# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-08-00672-CV

## In the Interest of D. J.

### FROM THE DISTRICT COURT OF TRAVIS COUNTY, 345TH JUDICIAL DISTRICT
### NO. D-1-FM-05-003277, HONORABLE GISELA D. TRIANA-DOYAL, JUDGE PRESIDING

## M E M O R A N D U M   O P I N I O N

Appellant Dana Jean Nellis's notice of appeal was filed in this Court on October 29, 2008. Her brief was due January 21, 2009. On February 6, 2009, this Court sent appellant notice that her brief was overdue. On March 2, 2009, appellant informed this Court that she had moved out of state and that she did not wish to continue her appeal. No brief has been filed. We therefore dismiss the appeal for want of prosecution. Tex. R. App. P. 42.3(b).

_____

David Puryear, Justice

Before Chief Justice Jones, Justices Puryear and Henson

Dismissed for Want of Prosecution

Filed: March 26, 2009